**Dismissed and Opinion Filed October 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01099-CR

**CARLTON JAMES JONES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80998-09**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

Carlton James Jones attempts to appeal his convictions for continuous sexual abuse of a child and aggravated sexual assault of a child under six years of age. Appellant, who was represented by counsel, entered into a negotiated plea bargain with the State. Under the plea agreement, appellant signed a judicial confession and pleaded guilty to the offenses in exchange for the State's agreement to abandon eight other counts. As further consideration for the plea bargain, appellant waived his right to appeal. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). On January 17, 2010, the trial court accepted appellant's guilty plea and, following the plea agreement, assessed punishment at forty years in prison for each count, to be served concurrently. The trial court prepared and signed a rule 25.2(d) certification concerning appellant's right to appeal stating this "is a plea-bargain case, and [appellant] has NO right to

appeal." *See* TEX. R. APP. P. 25.2(d). The certification is supported by the documents before the Court. *See Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005).

Appellant's September 20, 2018 pro se notice of appeal was not timely filed, and he waived his right to appeal in conjunction with the plea agreement. TEX. R. APP. P. 25.2(d), 26.2(a). Under these circumstances, we lack jurisdiction over this appeal.

We dismiss this appeal.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
181099F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARLTON JAMES JONES, Appellant

No. 05-18-01099-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-80998-09.
Opinion delivered by Justice Bridges, Justices Francis and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered October 1, 2018.